AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**WILLIE A. RUCKER,**

        Plaintiff,

        V.        CASE NUMBER: **07-C-21**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security Administration,**

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendant's motion to dismiss is Granted for the plaintiff's failure to exhaust the administrative remedies.**
**This action is hereby DISMISSED.**

| October 24, 2007 | JON W. SANFILIPPO |
|---|---|
| Date | Clerk |

        s/ Linda M. Zik
        (By) Deputy Clerk